# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NEW YORK LIFE INS. CO.,** <br><br>                **Plaintiff,** <br> vs. <br> **ILDEFONSO MORALES, ALICIA A. RUIZ DE MORALES, and JUAN JAVIER LOPEZ,** <br><br>                **Defendants.** | **CIV. NO. 06-CV-1022-B (BLM)** <br><br> **ORDER CHANGING TIME OF HEARING [# 81]** |

After conferring with counsel, the Court grants the motion to change the time of hearing on the cross motions for summary judgment **from 9:00 a.m. to <u>2:00 p.m. on November 20, 2007</u>** in Courtroom 2. [# 26 & 44]  The briefing schedule remains unchanged and the parties may file supplemental briefs on or before November 9, 2007.

IT IS SO ORDERED.

DATED:  November 8, 2007

                                              Hon. Rudi M. Brewster <br>
                                              United States Senior District Judge

cc:  all parties